United States Courts
Southern District of Texas
FILED

SEP 2 6 2008

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br> v. <br> JOSE GILBERTO MEDRANO, <br> Defendant. | § <br> § <br> § <br> § <br> § <br> § <br> §    Criminal No. H-08-541 |

### ORDER

This cause having come up for consideration upon a Motion to Dismiss the Indictment, filed against JOSE GILBERTO MEDRANO,

It is hereby ORDERED that the Indictment be DISMISSED WITHOUT PREJUDICE.

SIGNED this 26th day of September, 2008, at Houston, Texas.

```
                            HONORABLE LEE H. ROSENTHAL
                            UNITED STATES DISTRICT JUDGE
                            SOUTHERN DISTRICT OF TEXAS
```